*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 21-BG-161**

IN RE DEBRA L. ACKERMAN

**2021 DDN 6**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 411659**

BEFORE: Easterly and Deahl, Associate Judges, and Nebeker, Senior Judge.

### O R D E R
(FILED—May 27, 2021)

On consideration of the certified order of the Court of Appeals of Maryland suspending respondent for 60 days by consent from the practice of law in that jurisdiction; this court's March 29, 2021, order suspending respondent pending resolution of this matter and directing her to show cause why reciprocal discipline should not be imposed; and the statement of Disciplinary Counsel; and it appearing that respondent failed to file a response to this court's order to show cause but did file her D.C. Bar R. XI, §14(g) affidavit, it is

ORDERED that Debra L. Ackerman is hereby suspended from the practice of law in the District of Columbia for a period of 60 days, *nunc pro tunc* to March 8, 2021. *See In re Goldberg*, 460 A.2d 982 (D.C. 1983).

**PER CURIAM**